UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD, ALFASIGMA S.P.A., and BAUSCH HEALTH IRELAND LTD,<br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD.<br><br>Defendant. | Civil Action No.: 1:25-CV-9344 |

## STIPULATION OF DISMISSAL

Whereas, Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd, Alfasigma S.p.A., and Bausch Health Ireland Limited, (collectively, "Plaintiffs"), and Defendant Alkem Laboratories Ltd. ("Alkem"), have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Alkem, through their undersigned counsel of record, that:

1.    The Complaint and all remaining claims, counterclaims, or affirmative defenses in the above action are dismissed without prejudice and without costs, disbursements, or attorney fees.

2.    This Court will retain jurisdiction to enforce this Stipulation of Dismissal and the parties' related agreements resolving this matter.

1

3. Plaintiffs acknowledge that Alkem is entitled to maintain its Paragraph IV certification to U.S. Patent Nos. 8,193,196, 8,309,569, 10,456,384, 10,765,667, 11,564,912, and 11,779,571 pursuant to 21 C.F.R. § 314.94(a)(12)(v).

4. Each Party acknowledges and agrees that the 30-month stay with respect to the approval of the Alkem ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

5. The Clerk of Court is directed to enter this Stipulation of Dismissal.

Dated: August 14, 2025

So Ordered: _____

STIPULATED AND AGREED TO THIS 24th day of August 2025 by:

By: *s/ Harvey Bartle IV*
Harvey Bartle IV (NJ ID No. 028792003)
**MORGAN, LEWIS & BOCKIUS LLP**
*(A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600
harvey.bartle@morganlewis.com

OF COUNSEL
Michael J. Abernathy
Wan-Shon Lo
Maria Doukas
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: (312) 324-1000

Margaret A. McGreal
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000

*Attorneys for Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., Alfasigma, S.p.A., and Bausch Health Ireland Ltd.*


By: *s/ R. Touhey Myer*
R. Touhey Myer (NJ ID No. 028912009)
**KRATZ & BARRY LLP**
800 W. West Street
Wilmington, DE  19801
Phone:  (302) 527-8378
tmyer@kratzandbarry.com

*Attorney for Defendant Alkem Laboratories Ltd.*

3